UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LADAWN NEMO-SABREE, BREANNE PARSHALL, LINDA BECKER, BARBARA NELSON-HUGHES, WIOLETTA GALADYK, ANGELA VAUGHN, MARIA BOWEN, and SHERILYN O'HARA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES INC., a Foreign for Profit Corporation,<br><br>Defendant.<br>_____/ | CASE NO.: 2:21-cv-2681-SHM/cgc<br><br>**FLSA COLLECTIVE ACTION**<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs LADAWN NEMO-SABREE, BREANNE PARSHALL, LINDA BECKER, BARBARA NELSON-HUGHES, WIOLETTA GALADYK, ANGELA VAUGHN, MARIA BOWEN, and SHERILYN O'HARA, on behalf of themselves and others similarly situated, ("Plaintiffs") and Defendant SEDGWICK CLAIMS MANAGEMENT SERVICES INC. ("Defendant" or "Sedgwick"), (collectively "the Parties"), by and through their undersigned counsel, hereby give notice that they have reached settlements in this matter. The parties are currently working to prepare a Joint Motion to Approve Settlements and related documents to file with the Court and expect to file the same within three (3) weeks.

Respectfully submitted on this 2nd day of November, 2023.

| | |
|---|---|
| LYTLE & BARSZCZ, P.A.<br>533 Versailles Drive<br>2nd Floor | WILSON TURNER KOSMO LLP,<br>402 West Broadway<br>Suite 1600 |

1

| | |
|---|---|
| Maitland, FL 32751<br>Telephone: (407) 622-6544<br>Facsimile: (407) 622-6545 | San Diego, CA 92101<br>Telephone: (619) 236-9600<br>Facsimile: (619) 236-9669 |

By:  /s/ *Mary E. Lytle*  
    Mary E. Lytle, Esq.  
    Florida Bar No. 0007950  
    mlytle@lblaw.attorney  

    David V. Barszcz, Esq.  
    Florida Bar No. 750581  
    dbarszcz@lblaw.attorney  

    Attorneys for Plaintiffs

By:  /s/ *Mary P. Snyder*  
    Robin A. Wofford, Esq.  
    California Bar No. 137919  
    rwofford@wilsonturnerkosmo.com  

    Lois M. Kosch, Esq.  
    California Bar No. 131859  
    lkosch@wilsonturnerkosmo.com  

    Ethan T. Litney, Esq.  
    California Bar No. 295603  
    elitney@wilsonturnerkosmo.com  

    Mary P. Snyder, Esq.  
    California Bar No. 211228  
    msnyder@wilsonturnerkosmo.com  

OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.  
6410 Poplar Avenue, Suite 300  
Memphis, TN 38119  
Telephone: (901) 767-6160  
Facsimile: (901) 767-7411  

    Thomas L. Henderson, Esq.  
    Tennessee Bar No.: 011526  
    Thomas.Henderson@ogletreedeakins.com  

Attorneys for Defendant