**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**LaDawn Nemo-Sabree, Breanne Parshall, Linda Becker, Barbara Nelson-Hughes, Wioletta Galadyk, Angela Vaughn, Maria Bowen, and Sherilyn O'Hara, on behalf of themselves and others similarly situated,**

    Plaintiffs,

v.                                                              No. 2:21-cv-02681-SHM-chc

**Sedgwick Claims Management Services, Inc., a foreign for profit corporation,**

    Defendant.

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed December 20, 2023.

**APPROVED:**

*Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| *December 20, 2023* | WENDY OLIVER |
| DATE | CLERK |
| | */s/ Jairo Mendez* |
| | (By) DEPUTY CLERK |